

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-13-00279-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th Judicial District Court |
| LUIS RAMOS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20110D01868) |
|  | § |  |

## O R D E R

The Court on its own motion ORDERS the District Clerk of El Paso County, Texas to prepare and e-file a supplemental record containing State's Exhibit No. 2-A (DVD 911 Calls) from the above-captioned case. The supplemental record is due with this Court on or before June 23, 2015.

IT IS SO ORDERED this 15th day of June, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.